# REMOVAL TO FEDERAL COURT

# STATE COURT RECORD

STATE OF INDIANA

Lawrence Circuit Court

47C01-2101-CT-000106

KELLY GRACE

v.

PAUL SKIFF and SUPREME AUTO TRANSPORT, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Kelly Grace v. Paul Skiff, Supreme Auto Transport, Inc.

| Case Number | 47C01-2101-CT-000106 |
|---|---|
| Court | Lawrence Circuit Court |
| Type | CT - Civil Tort |
| Filed | 01/29/2021 |
| Status | 01/29/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Skiff, Paul

Address
210 North Park Street
Hastings, MI 49058

**Defendant**   Supreme Auto Transport, Inc.

Address
c/o Truck Process Agents of America, Inc.
Pamela Warner, 306 East Columbia Street
Attica, IN 47918

**Plaintiff**   Grace, Kelly

Attorney
Brad Smith
*#2278347, Retained*

104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

**01/29/2021   Case Opened as a New Filing**

**02/01/2021   Complaint/Equivalent Pleading Filed**
Complaint for Damages

| Filed By: | Grace, Kelly |
|---|---|
| File Stamp: | 01/29/2021 |

**02/01/2021   Appearance Filed**
Appearance

| For Party: | Grace, Kelly |
|---|---|
| File Stamp: | 01/29/2021 |

**02/01/2021   Subpoena/Summons Filed**
Summons to Paul Skiff

| Filed By: | Grace, Kelly |
|---|---|
| File Stamp: | 01/29/2021 |

| 02/01/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Supreme Auto Transport, Inc. | |
| | Filed By: | Grace, Kelly |
| | File Stamp: | 01/29/2021 |
| 02/11/2021 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Paul Skiff | |
| | Filed By: | Grace, Kelly |
| | File Stamp: | 02/10/2021 |
| 02/22/2021 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Supreme Auto Transport | |
| | Filed By: | Grace, Kelly |
| | File Stamp: | 02/22/2021 |

# Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## Grace, Kelly
Plaintiff

**Balance Due** (as of 02/24/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2021 | Transaction Assessment | 157.00 |
| 02/01/2021 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 4:21-cv-00032-JMS-DML   Document 1-1   Filed 02/24/21   Page 5 of 15 PageID #: 10

47C01-2101-CT-000026
Lawrence Circuit Court

Filed: 1/29/2021 7:44 PM
Clerk
Lawrence County, Indiana

| STATE OF INDIANA | ) | IN THE LAWRENCE | COURT |
|---|---|---|---|
| | ) SS: | | |
| COUNTY OF LAWRENCE | ) | CAUSE NO. | |

KELLY GRACE

    VS.

PAUL SKIFF and
SUPREME AUTO TRANSPORT, INC.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Kelly Grace, by counsel, Bradford J. Smith of Ken Nunn Law Office, and for her cause of action against the Defendants, Paul Skiff and Supreme Auto Transport, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' 2018 Western Star tractor and attached trailer was negligently driven by Paul Skiff, causing a collision with the vehicle driven by Plaintiff, Kelly Grace.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Lawrence County, Indiana, as said collision occurred within the boundaries of Lawrence County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF PAUL SKIFF

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about December 6, 2020, Defendant Paul Skiff negligently drove a tractor-trailer, striking the vehicle driven by Plaintiff, Kelly Grace.

    5.    Defendant Paul Skiff had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Paul Skiff failed in the above mentioned duties and is therefore negligent.

7. Defendant Paul Skiff's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff's injuries and damages are permanent.

9. As a direct and proximate result of Paul Skiff's negligence, Kelly Grace has suffered lost wages.

10. Plaintiff has incurred medical bills for the treatment of her injuries directly resulting from this collision.

11. As a direct and proximate result of Paul Skiff's negligence, Kelly Grace has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF PAUL SKIFF

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Paul Skiff violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Paul Skiff's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Paul Skiff is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF SUPREME AUTO TRANSPORT, INC.

16. Plaintiff realleges and incorporates herein by reference paragraphs 1

through 15 above as if fully restated verbatim.

17. Defendant Paul Skiff was the employee, agent, servant, or independent contractor for Supreme Auto Transport, Inc. Accordingly, Supreme Auto Transport, Inc. is vicariously liable for the acts of Defendant Paul Skiff for the causes of action above.

WHEREFORE, the Plaintiff, Kelly Grace, by counsel Bradford J. Smith of Ken Nunn Law Office, demands judgment against the Defendants, Paul Skiff and Supreme Auto Transport, Inc., for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE


BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com



**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Case 4:21-cv-00032-JMS-DML   Document 1-1   Filed 02/24/21   Page 9 of 15 PageID #: 14

47C01-2101-CT-000026
Lawrence Circuit Court

Filed: 1/29/2021 7:44 PM
Clerk
Lawrence County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | Kelly Grace<br>3933 Washington Avenue<br>Bedford, IN  47421 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:            812 331-5321<br>Email:  bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Bradford J. Smith
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF LAWRENCE
STATE OF INDIANA

| LAWRENCE CIRCUIT COURT | LAWRENCE SUPERIOR COURT I | LAWRENCE SUPERIOR COURT II |
|---|---|---|
| 916 15TH STREET, ROOM 37 | 918 16TH ST., SUITE 300 | 1420 I STREET |
| BEDFORD, IN 47421 | BEDFORD, IN 47421 | BEDFORD, IN 47421 |
| TELEPHONE: 812 275-2421 | TELEPHONE 812 275-3124 | TELEPHONE: 812 275-4161 |

Kelly Grace

                         Plaintiff(s)

          VS.                                       No. _____

Paul Skiff and Supreme Auto Transport, Inc.

                        Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Paul Skiff, 210 North Park Street, Hastings, MI 49058**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 2/1/2021

                                                        /s/ Billie Tumey
                                          CLERK, LAWRENCE CIRCUIT/SUPERIOR COURT

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2021.

                                                        _____
                                                        SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                       KEN NUNN LAW OFFICE

                                                       BY: _____s/ BRADFORD J. SMITH_____
                                                       ATTORNEY FOR PLAINTIFF

[SEAL: LAWRENCE COUNTY COURTS INDIANA]

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the __ day of _____, 2021, which copy is attached herewith.

_____C LERK,
LAWRENCE CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of Lawrence County, Indiana.

Dated this __ day of _____, 2021.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____SHER IFF or
DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ a nd by mailing a copy of the summons without the complaint to _____ a t _____ t he last known address of defendant(s).

All done in Lawrence County, Indiana.

Fees: $_____                              _____SHER IFF or DEPUTY

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF LAWRENCE
STATE OF INDIANA

| LAWRENCE CIRCUIT COURT | LAWRENCE SUPERIOR COURT I | LAWRENCE SUPERIOR COURT II |
|---|---|---|
| 916 15TH STREET, ROOM 37 BEDFORD, IN 47421 TELEPHONE: 812 275-2421 | 918 16TH ST., SUITE 300 BEDFORD, IN 47421 TELEPHONE 812 275-3124 | 1420 I STREET BEDFORD, IN 47421 TELEPHONE: 812 275-4161 |

Kelly Grace

                       Plaintiff(s)

           VS.                                 No. _____

Paul Skiff and Supreme Auto Transport, Inc.

                       Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Supreme Auto Transport, Inc., c/o Truck Process Agents of America, Inc., Pamela Warner, 306 East Columbia Street, Attica, IN 47918**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 2/1/2021

                                                                        /s/ Billie Tumey
                                                  CLERK, LAWRENCE CIRCUIT/SUPERIOR COURT

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

                                        **ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____ , 2021.

                                                _____
                                                SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                      KEN NUNN LAW OFFICE

                                                      BY:___*s/ BRADFORD J. SMITH*_____
                                                      ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2021.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2021, and that a copy of the return of receipt was received by me on the __ day of _____, 2021, which copy is attached herewith.

_____C LERK,
LAWRENCE CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2021, and I did deliver said summons and a copy of the complaint to the Sheriff of Lawrence County, Indiana.

Dated this __ day of _____, 2021.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2021, and I served the same on the __ day of _____, 2021.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2021 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2021.

_____SHER IFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2021 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2021 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ a nd by mailing a copy of the summons without the complaint to _____ a t _____ t he last known address of defendant(s).

All done in Lawrence County, Indiana.
Fees: $_____                                                    _____SHER IFF or DEPUTY

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 02/08/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8331 0644 14. Our records indicate that this item was delivered on 02/05/2021 at 10:41 a.m. in HASTINGS, MI 49058. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[signature]*
COVID-19

Address of Recipient :   210 N PARK ST HASTINGS, MI 49058

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

  PAUL SKIFF
  210 N PARK ST
  HASTINGS MI 49058-1612

Customer Reference Number:      C2495526.14347680

Return Reference Number            Kelly Grace

USPS MAIL PIECE TRACKING NUMBER:   42049058921489019403833106441 4
MAILING DATE:          02/01/2021
DELIVERED DATE:    02/05/2021
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

   PAUL SKIFF
   210 N PARK ST
   HASTINGS MI 49058-1612

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/01/2021 12:24 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/02/2021 14:39 | PICKED UP | BLOOMINGTON,IN 47403 |
| 02/02/2021 17:15 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 02/02/2021 23:57 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 02/04/2021 08:39 | PROCESSED THROUGH USPS FACILITY | GRAND RAPIDS,MI 49599 |
| 02/05/2021 02:20 | PROCESSED THROUGH USPS FACILITY | GRAND RAPIDS,MI 49599 |
| 02/05/2021 08:25 | ARRIVAL AT UNIT | HASTINGS,MI 49058 |
| 02/05/2021 08:36 | OUT FOR DELIVERY | HASTINGS,MI 49058 |
| 02/05/2021 10:41 | DELIVERED LEFT WITH INDIVIDUAL | HASTINGS,MI 49058 |