UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KELLY GRACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00032-JMS-DML |
| | ) |
| PAUL SKIFF and | ) |
| SUPREME AUTO TRANSPORT, INC., | ) |
| | ) |
| Defendants. | ) |

Dismissal without prejudice acknowledged [6].  JMS, CJ 2/26/21
Distribution via ECF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Plaintiff, by Counsel, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,
KEN NUNN LAW OFFICE

*s/Bradford J. Smith*
Bradford J. Smith, #22783-47
Attorney for Plaintiff
Franklin Place
104 S. Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com