| | |
|---|---|
| IN THE LAWRENCE CIRCUIT COURT | CAUSE NO. 47C01-2101-CT-000106 |
| KELLY A. GRACE,<br>        Plaintiff | CERTIFICATION OF VENUE, |
| Vs. | TRANSCRIPT OF COSTS |
| PAUL SKIFF, and SUPREME AUTO TRANSPORT, INC.,<br>        Defendant. | RECEIPT OF COSTS |

**FILED**

2:21 pm, Mar 03, 2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### CERTIFICATION OF VENUE

I hereby certify that the enclosed is a full, true and complete transcript of the entries made in the above captioned case, and I further certify that all costs due and owing are listed below.

### TRANSCRIPT OF COSTS

No Filing Fee required to be paid:          $ 0.00

**(To be transferred to United States District Court for the Southern District of Indiana, New Albany Division, as per Notice to Clerk of Filing Notice of Removal of Civil Action filed on 2/24/2021 with the Lawrence Circuit Court)**

Dated: February 26, 2021

_____
Billie Tumey
Lawrence County Clerk

### RECEIPT OF VENUE

I hereby certify that I have received the transcript in the above captioned case from Lawrence County which has been transferred per the Notice to Clerk of Filing Notice of Removal of Civil Action filed in the Lawrence Circuit Court and is assigned Cause No. 4:21-cv-00032-JMS-DML.

Dated: March 3rd, 2021

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
Deputy Clerk

# CHRONOLOGICAL CASE SUMMARY
# CASE SUMMARY
## CASE NO. 47C01-2101-CT-000106

**Kelly Grace**

v.

**Paul Skiff, Supreme Auto Transport, Inc.**

| | |
|---|---|
| Location: | Lawrence Circuit Court |
| Judicial Officer: | Nikirk, Nathan G |
| Filed on: | 01/29/2021 |

---

### CASE INFORMATION

Case Type: **CT - Civil Tort**

Case Status: **01/29/2021 Pending**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number: 47C01-2101-CT-000106<br>Court: Lawrence Circuit Court<br>Date Assigned: 01/29/2021<br>Judicial Officer: Nikirk, Nathan G |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Plaintiff** | Grace, Kelly | **Smith, Brad**<br>*Retained*<br>812-323-4764(F)<br>812-332-9451(W)<br>*104 Franklin Road*<br>*Bloomington, IN 47404*<br>brads@kennunn.com |
| **Defendant** | Skiff, Paul<br>210 North Park Street<br>Hastings, MI 49058 | **Pfleging, Lesley Ann**<br>*Retained*<br>317-630-2790(F)<br>317-237-0500(W)<br>*LEWIS & WAGNER, LLP*<br>*501 Indiana Avenue*<br>*Suite 200*<br>*Indianapolis, IN 46202*<br>lpfleging@lewiswagner.com<br><br>**David, Lynsey**<br>*Retained*<br>317-630-2790(F)<br>317-237-0500(W)<br>*501 Indiana Avenue*<br>*STE 200*<br>*Indianapolis, IN 46202*<br>ldavid@lewiswagner.com |
| | Supreme Auto Transport, Inc.<br>c/o Truck Process Agents of America, Inc.<br>Pamela Warner, 306 East Columbia Street<br>Attica, IN 47918 | **Pfleging, Lesley Ann**<br>*Retained*<br>317-630-2790(F)<br>317-237-0500(W)<br>*LEWIS & WAGNER, LLP*<br>*501 Indiana Avenue*<br>*Suite 200*<br>*Indianapolis, IN 46202*<br>lpfleging@lewiswagner.com |

# Chronological Case Summary
## Case Summary
### Case No. 47C01-2101-CT-000106

**David, Lynsey**
*Retained*
317-630-2790(F)
317-237-0500(W)
*501 Indiana Avenue*
*STE 200*
*Indianapolis, IN 46202*
ldavid@lewiswagner.com

| Date | Events & Orders of the Court | Index |
|---|---|---|
| 01/29/2021 | Case Opened as a New Filing | |
| 02/01/2021 | Complaint/Equivalent Pleading Filed<br>File Stamp: 01/29/2021<br>Filed By: Plaintiff Grace, Kelly<br>*Complaint for Damages* | |
| 02/01/2021 | Appearance Filed<br>File Stamp: 01/29/2021<br>For Party: Plaintiff Grace, Kelly<br>*Appearance* | |
| 02/01/2021 | Subpoena/Summons Filed<br>File Stamp: 01/29/2021<br>Filed By: Plaintiff Grace, Kelly<br>*Summons to Paul Skiff* | |
| 02/01/2021 | Subpoena/Summons Filed<br>File Stamp: 01/29/2021<br>Filed By: Plaintiff Grace, Kelly<br>*Summons to Supreme Auto Transport, Inc.* | |
| 02/11/2021 | Service Returned Served (E-Filing)<br>File Stamp: 02/10/2021<br>Filed By: Plaintiff Grace, Kelly<br>*Return of Service for Paul Skiff* | |
| 02/22/2021 | Service Returned Served (E-Filing)<br>File Stamp: 02/22/2021<br>Filed By: Plaintiff Grace, Kelly<br>*Return of Service for Supreme Auto Transport* | |
| 02/24/2021 | Appearance Filed<br>File Stamp: 02/24/2021<br>For Party: Defendant Skiff, Paul; Defendant Supreme Auto Transport, Inc.<br>*Appearance of LAP and LFD* | |
| 02/24/2021 | Notice of Removal to Federal Court Filed<br>File Stamp: 02/24/2021<br>Filed By: Defendant Skiff, Paul; Defendant Supreme Auto Transport, Inc.<br>*Notice to Clerk of Filing Notice of Removal of Civil Action* | |
| 02/26/2021 | Transfer Case<br>Complete file and certified case summary mailed by Confirm Delivery to the United States District Court, New Albany Division of the Southern District of Indiana as per Notice to | |

# CHRONOLOGICAL CASE SUMMARY

## CASE SUMMARY
### CASE NO. 47C01-2101-CT-000106

| DATE | | FINANCIAL INFORMATION | |
|---|---|---|---|
| | *Plaintiff and Clerk of the Lawrence County Circuit Court of Defendant's Removal of Civil Action to District Court filed on 2/24/2021 in the Lawrence Circuit Court.* | | |
| | **Plaintiff** Grace, Kelly | | |
| | Total Charges | | 157.00 |
| | Total Payments and Credits | | 157.00 |
| | **Balance Due as of 2/26/2021** | | **0.00** |

IN THE LAWRENCE COUNTY CIRCUIT COURT

STATE OF INDIANA

| | |
|---|---|
| KELLY A. GRACE, | ) |
|         Plaintiff, | ) |
| v. | ) CAUSE NO.: 47C01-2101-CT-000106 |
| PAUL SKIFF and SUPREME AUTO TRANSPORT, INC., | ) |
|         Defendant. | ) |

### NOTICE TO CLERK OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Lawrence County Clerk
          Lawrence County Circuit Court
          916 15th Street, #37
          Bedford, IN 47421

The Clerk of the Lawrence County Circuit Court, State of Indiana, is hereby notified that the Defendants, Paul Skiff and Supreme Auto Transport, Inc., by counsel, in the above-entitled action, have on the 24th day of February, 2021, duly filed with the United States District Court for the Southern District of Indiana, New Albany Division, their Notice of Removal of the above-entitled action to said United States District Court. A copy of **all** pleadings including the Notice of Removal is attached hereto, and made a part of this Notice for your information and guidance as provided by law.

LEWIS WAGNER, LLP

By: /s/ Lynsey F. David
LESLEY A. PFLEGING, #26857-49A
LYNSEY F. DAVID, #32594-49
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com **Counsel for Plaintiff**

By: /s/ Lynsey F. David
LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone: 317-237-0500
Facsimile: 317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com

BILLIE TUMEY, CLERK
LAWRENCE CIRCUIT/SUPERIOR COUR
916 15TH ST RM 31
BEDFORD, IN 47421-3852

**FILED**

MAR - 3 2021

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

FIRST-CLASS®

47C01-2101-CT-000106



ELECTRONIC SCAN REQUIRED

F 

## USPS FIRST-CLASS®

BILLIE TUMEY, CLERK
LAWRENCE CIRCUIT/SUPERIOR COUR
916 15TH ST RM 31
BEDFORD, IN 47421-3852



Zone 2

UNITED STATES DISTRICT COURT
NEW ALBANY DIVISION OF THE SOUTHERN DISTRICT
121 W SPRING ST STE 210
NEW ALBANY, IN 47150-3643

USPS SIGNATURE TRACKING #



9202 1901 0661 5400 0160 0356 23

Electronic Rate Approved #901066154

**Attention Carrier on Route #C003**

This piece is being monitored for
Delivery and Scanning accuracy

**Non-Machinable Parcel**

IMpbConfirmation11x8FlatLabel v2016.09.29.91